Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, | No. C 09-1404 RSM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF PRELIMINARY INJUNCTION SCHEDULE |
| v. | |
| PAUL TWOHIG, | |
| Defendant. | |

On October 19, 2009, the Court entered an Order re Preliminary Injunction Schedule and Limitations on Prehearing Conduct (the "Order") that had been submitted the parties Starbucks Corporation ("Starbucks") and Paul Twohig ("Twohig") (collectively the "Parties") by stipulation. To accommodate scheduling issues, the Parties hereby stipulate to and request the following modification to the briefing schedule set forth in the Order:

1. Starbucks shall file its motion for preliminary injunction and supporting papers on or before Monday, October 26, 2009 (instead of October 23).

2. Twohig shall file his opposition brief and supporting papers on or before November 2, 2009 (instead of October 30).

3. Starbucks shall file its reply on or before November 4, 2009 (instead of

STIPULATION AND ORDER RE
PRELIMINARY INJUNCTION
(No. C 09-1404 RSM) — 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DWT 13434167v10 0024663-002462

November 3).

4. The Court will still hear a preliminary injunction motion in this matter on Friday, November 6, 2009 at 1:30 p.m., and the terms of the Order otherwise remain in full force and effect.

DATED this 20th day of October, 2009.

| Davis Wright Tremaine LLP<br>Attorneys for Starbucks Corporation | Byrnes & Keller<br>Attorneys for Paul Twohig |
|---|---|
| By *s/Brad Fisher*<br>   Brad Fisher, WSBA #19895<br>   1201 Third Avenue, Suite 2200<br>   Seattle, WA  98101-3045<br>   Phone:  206-757-8042<br>   Fax:  206-757-7042<br>   Email:  bradfisher@dwt.com | By *s/Paul R. Taylor*<br>   Paul R. Taylor, WSBA #14851<br>   1000 Second Avenue, 38th Floor<br>   Seattle, Washington 98104<br>   Phone: (206) 622-2000<br>   Fax: (206) 622-2522<br>   E-mail: ptaylor@byrneskeller.com |

### **ORDER**

IT IS SO ORDERED.

DATED this ____ day of October, 2009.

Hon. Ricardo S. Martinez
United States District Judge

STIPULATION AND ORDER RE
PRELIMINARY INJUNCTION
(No. C 09-1404 RSM) — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DWT 13434167v10 0024663-002462