Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>PAUL TWOHIG, )<br>)<br>       Defendant. )<br>_____ ) | No. C 09-1404 RSM<br><br>NOTICE OF SETTLEMENT |

Starbucks Corporation ("Starbucks") hereby notifies the Court that this matter has been settled.  Starbucks expects to submit a stipulation for dismissal of this matter on or about November 3, 2009.

DATED this 26th day of October, 2009.

Davis Wright Tremaine LLP
Attorneys for Starbucks Corporation

By s/Brad Fisher
Brad Fisher, WSBA #19895
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Phone: 206-757-8042
Fax: 206-757-7042
Email: bradfisher@dwt.com

NOTICE OF SETTLEMENT
(No. C 09-1404 RSM) — 1
DWT 13508113v1 0024663-002462

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 26th day of October, 2009.

          Davis Wright Tremaine LLP
          Attorneys for Starbucks Corporation


By *s/Brad Fisher*
   Brad Fisher, WSBA #19895
   1201 Third Avenue, Suite 2200
   Seattle, WA  98101-3045
   Phone:  206-757-8042
   Fax:  206-757-7042
   Email:  bradfisher@dwt.com

NOTICE OF SETTLEMENT
(No. C 09-1404 RSM) — 2
DWT 13508113v1 0024663-002462

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700