Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, | No. C 09-1404 RSM |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS |
| v. | |
| PAUL TWOHIG, | |
| Defendant. | |

## STIPULATION

The parties hereto, by and through their undersigned attorneys, stipulate that this action and all claims herein by either party shall be dismissed with prejudice and without an award of fees or costs to any party.

DATED this 4th day of January, 2010.

Davis Wright Tremaine LLP            Byrnes & Keller
Attorneys for Starbucks Corporation  Attorneys for Paul Twohig


By   *s/* Brad Fisher                By   *s/* Paul R. Taylor
   Brad Fisher, WSBA #19895              Paul R. Taylor, WSBA #14851

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE (No. C 09-1404 RSM) — 1
DWT 13568198v1 0024663-002462

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## ORDER

This matter having come on for consideration by the undersigned Judge upon the above and foregoing stipulation, and the Court being fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that all claims herein shall be and hereby are dismissed with prejudice and without an award of fees or costs to any party.

DATED this 7th day of January, 2010.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys for Starbucks Corporation

By  *s/* Brad Fisher
     Brad Fisher, WSBA #19895

Byrnes & Keller
Attorneys for Paul Twohig

By  *s/* Paul R. Taylor
     Paul R. Taylor, WSBA #14851

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE (No. C 09-1404 RSM) — 2
DWT 13568198v1 0024663-002462

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700